**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

CARLOS RENTERIA-CAMPOS,

Petitioner

v.

TODD BLANCHE, et al.,

Respondents

Case No.: 2:26-cv-02119-APG-EJY

**Order Granting Unopposed Motion to Enforce**

[ECF No. 10]

I ORDER that petitioner Carlos Renteria-Campos' motion to enforce **(ECF No. 11) is GRANTED as unopposed.** LR 7-2(d). By September 4, 2026, the government must produce an I-216, Record of Persons and Property Transfer, for Renteria-Campos' removal, including his transfer out of the District of Nevada, and information showing the destination of the flight on which Renteria-Campos was removed from the country.

DATED this 31st day of August, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE