**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CARLOS RENTERIA-CAMPOS,<br>Petitioner<br>v.<br>TODD BLANCHE, et al.,<br>Respondents | Case No.: 2:26-cv-02119-APG-EJY<br>**Order** |

On July 27, 2026, the government filed a notice that the petitioner had been removed from the country. ECF No. 5. On August 12, the petitioner's counsel moved for an order to require the government to produce certain documents. ECF No. 11. I granted that motion as unopposed and ordered the government to provide the documents by September 4. ECF No. 12. No other action has taken place in the case since then.

I ORDER that by October 12, 2026, the petitioner must either file an amended petition or a voluntary dismissal.

DATED this 1st day of October, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE