**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

CARLOS RENTERIA-CAMPOS,

Petitioner

v.

TODD BLANCHE, et al.,

Respondents

Case No.: 2:26-cv-02119-APG-EJY

**Order Dismissing Case**

I previously ordered that by October 12, 2026, the petitioner must either file an amended petition or a voluntary dismissal. ECF No. 13. Petitioner did not respond to my order.

I THEREFORE ORDER that the petitioner's petition for writ of habeas corpus (ECF No. 1) is DISMISSED without prejudice. The clerk of court is instructed to close this case.

DATED this 14th day of October, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE